1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Mr. Monjaraz

8                     UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,       )  Case No. 08mj1040-01
                                     )
12 |         Plaintiff,               )
                                     )
13 | v.                               )
                                     )  **NOTICE OF APPEARANCE**
14 | **JOSE MONJARAZ,**               )
                                     )
15 |         Defendant.               )
                                     )

         Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                     Respectfully submitted,

Dated: April 9, 2008                  s/ *Michelle Betancourt*
                                     **MICHELLE BETANCOURT**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Defendant
                                     michelle_betancourt@fd.org