1 │ KAREN P. HEWITT
    United States Attorney
2 │ CAROLINE P. HAN
    Assistant United States Attorney
3 │ California State Bar No. 250301
    United States Attorney's Office
4 │ Federal Office Building
    880 Front Street, Room 6293
5 │ San Diego, California 92101
    Telephone: (619) 557-5220
6 │
    Attorneys for Plaintiff
7 │ UNITED STATES OF AMERICA

8 │

**FILED**

APR 1 7 2008

C⸱⸱⸱K, U.S. DISTRICT COURT
SOU⸱⸱⸱ ⸱ DISTRICT OF CALIFORN⸱⸱
⸱⸱ DEPUTY

9 │              UNITED STATES DISTRICT COURT

10 │         SOUTHERN DISTRICT OF CALIFORNIA    *08 CR 1216-W*

11 │ UNITED STATES OF AMERICA,        )    Magistrate Case No. 08MJ1040
                                     )
12 │              Plaintiff,          )
                                     )
13 │      v.                         )    **STIPULATION OF FACT AND JOINT**
                                     )    **MOTION FOR RELEASE OF**
14 │ JOSE MONJARAZ (1),              )    **MATERIAL WITNESS(ES) AND**
                                     )    **ORDER THEREON**
15 │              Defendant.         )
                                     )
16 │ _____    )    **(Pre-Indictment Fast-Track Program)**

17 │      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 │ OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19 │ Caroline P. Han, Assistant United States Attorney, and defendant Jose Monjaraz, by and through

20 │ and with the advice and consent of Michelle Betancourt, counsel for defendant, that:

21 │      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22 │ date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23 │ intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24 │ guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25 │ of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

26 │ and (v)(II).

27 │ //

28 │ CPH:lg:4/8/08

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **May 7, 2008**.

6    4.    The material witnesses, Leonel Maya-Santillan, Fermin Hernandez-Valerio and

7  Gliserio Moreno-Dominguez, in this case:

8       a.    Are aliens with no lawful right to enter or remain in the United States;

9       b.    Entered or attempted to enter the United States illegally on or about

10  April 3, 2008, with codefendant Jose Antonio Carranza-Solorio as their footguide;

11       c.    Were found in a vehicle driven by defendant and in which codefendant Jose

12  Antonio Carranza-Solorio was a passenger at Cristianitos Road in or near San Clemente, California,

13  and that defendant knew or acted in reckless disregard of the fact that they were aliens with no

14  lawful right to enter or remain in the United States;

15       d.    Were paying or having others pay on their behalf $1,500-$2,000 to others to

16  be brought into the United States illegally and/or transported illegally to their destination therein;

17  and,

18       e.    May be released and remanded immediately to the Department of Homeland

19  Security for return to their country of origin.

20    5.    After the material witnesses are ordered released by the Court pursuant to this

21  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

22  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any

23  proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

24  attack, that:

25       a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

26  substantive evidence;

27       b.    The United States may elicit hearsay testimony from arresting agents

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Monjaraz (1)          2                08MJ1040

1    regarding any statements made by the material witness(es) provided in discovery, and such

2    testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

3    against interest of (an) unavailable witness(es); and,

4          c.      Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

5    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

6    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

7    waives the right to confront and cross-examine the material witness(es) in this case.

8          6.      By signing this stipulation and joint motion, defendant certifies that defendant has

9    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

10   further that defendant has discussed the terms of this stipulation and joint motion with defense

11   counsel and fully understands its meaning and effect.

12        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

13   immediate release and remand of the above-named material witness(es) to the Department of

14   Homeland Security for return to their country of origin.

15        It is STIPULATED AND AGREED this date.

16                                          Respectfully submitted,

17                                          KAREN P. HEWITT
                                            United States Attorney
18

19   Dated: ___4/17/08___.

20                                          _____
                                            CAROLINE P. HAN
                                            Assistant United States Attorney
21

22   Dated: ___4/17/08___.

23                                          _____
                                            MICHELLE BETANCOURT
                                            Defense Counsel for JOSE MONJARAZ
24   Dated: ___4/17/08___.

25                                          _____
                                            JOSE MONJARAZ
                                            Defendant
26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Monjaraz (1)                    3

08MJ1040

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 4/17/2008 .

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Monjaraz (1)                    4

08MJ1040