UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 1216-W |
| Plaintiff | ) ) | CRIMINAL NO. 08 MJ 1040 |
| vs. | ) ) ) | ORDER RELEASING MATERIAL WITNESS |
| Monjaraz et al.; Defendant(s) | ) ) ) ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Fermin Hernandez-Valerio

DATED: 4/17/08

_____
Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
       DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
      Deputy Clerk